UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In Re: Dustin R. Young, Debtor                                Case No: 5:16-12802

                                                              Chapter 13

## NOTICE OF CHANGE OF ADDRESS

Be advised that the debtor's address should be changed to:

3311 Beechnut Drive
Pine Bluff, AR  71603

                                HAVNER LAW FIRM PA
                                Post Office Box 157
                                Jefferson, Arkansas 72079
                                (870) 534-1803


                                By: ___/s/ Kyle W. Havner____
                                      KYLE HAVNER #91179